# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ARTHUR ALONZO MYLES | CIVIL ACTION NO. 25-0065-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MONTRELL WARE, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections (Record Document 21) thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the orders as recommended therein are warranted,

**IT IS ORDERED** that Plaintiff Arthur Alonzo Myles' ("Myles") claims of unlawful stop, unreasonable search, and false arrest against Officer Montrell Ware and two unidentified officers are **STAYED** under the following conditions:

    a. If Myles intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

    b. If the stay is lifted and the Court finds that Myles' claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

    c. Myles should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

    d. Defendants shall not be required to answer these claims during the stay, and Myles may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED** that Myles' remaining claims are **DISMISSED WITH**

**PREJUDICE** for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED** that Myles' motions (Record Documents 17 & 18) are **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 3rd day of June, 2025.

_____
Judge S. Maurice Hicks, Jr.